

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

FILED
DEC 1 3 2006

UNITED STATES OF AMERICA,

   Plaintiff,

vs.

YURI CHACHENKO and
CHUOI SAM,

   Defendants.

CR 06-~~500~~ 50117-01
     -02

INDICTMENT

INTERFERENCE WITH COMMERCE
BY ROBBERY (18 U.S.C. §§ 1951 and 2)

USE AND CARRYING OF A FIREARM
DURING A VIOLENT FELONY
(18 U.S.C. §§ 924(c)(1) and 2)

POSSESSION OF A STOLEN FIREARM
(18 U.S.C. § 922(j))

FELON IN POSSESSION OF A FIREARM
(18 U.S.C. § 922(g)(1)

POSSESSION OF A SHORT SHOTGUN
26 U.S.C. §§ 5861(d), 5841 and 5871

The Grand Jury charges:

## COUNT I

At all times material to this Indictment, LaCrosse Street Casino was engaged in the operation of a casino in interstate commerce and in an industry which affects interstate commerce.

On or about June 5, 2004, at Rapid City, in the District of South Dakota, the defendants, Yuri Chachanko and Chuoi Sam, did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in 18 U.S.C. §

1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in 18 U.S.C. § 1951, in that the defendants, Yuri Chachanko and Chuoi Sam, did unlawfully take and obtain personal property consisting of United States currency from the person of and in the presence of Larry Woods, an employee of the LaCrosse Street Casino, against his will by means of actual and threatened force, that is, brandishing firearms and demanding money, forcibly taking the money at gunpoint, and did aid and abet in the same, all in violation of 18 U.S.C. §§ 1951 and 2.

## COUNT II

On or about June 5, 2004, at Rapid City, in the District of South Dakota, the defendants, Yuri Chachanko and Chuoi Sam, during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, to wit, a violation of 18 U.S.C. § 1951, as charged in Count 1 of this Indictment, knowingly used, carried and brandished a NFA weapon, to wit, a Remington, model 1100, 12-gauge shotgun, bearing serial number P251702V and having a barrel length of 12 inches and a Norinco, model SKS, 7.62 x 39 caliber rifle, bearing serial number 9180972, or did aid and abet the same, all in violation of 18 U.S.C. §§ 924(c)(1) and 2.

## COUNT III

On or about June 5, 2004, in Rapid City, in the District of South Dakota and elsewhere, the defendants, Yuri Chachanko and Chuoi Sam, did knowingly possess, in and affecting interstate or foreign commerce, stolen firearms, to wit, a Remington, model 1100, 12-gauge shotgun, bearing serial number P251702V and a Norinco, model SKS, 7.62 x 39 caliber rifle, bearing serial number 9180972, knowing or having reasonable cause to know the firearms were stolen, in violation of 18 U.S.C. § 922(j).

COUNT IV

On or about June 5, 2004, in Rapid City, in the District of South Dakota, and elsewhere, the defendants, Yuri Chachanko and Chuoi Sam, having been previously convicted of a crime punishable by a term of imprisonment of more than one year, did knowingly possess, in and affecting interstate or foreign commerce, firearms, to wit, a Remington, model 1100, 12-gauge shotgun, bearing serial number P251702V and a Norinco, model SKS, 7.62 x 39 caliber rifle, bearing serial number 9180972, all in violation of 18 U.S.C. § 922(g)(1).

COUNT V

On or about June 5, 2004, in Rapid City, in the District of South Dakota, the defendants, Yuri Chachanko and Chuoi Sam, knowingly received and possessed a firearm, to wit, a short-barreled shotgun and having a barrel length less than 18 inches, to wit, a Remington, model 1100, 12-gauge shotgun, bearing serial number P251702V, not registered to them in the National Firearms Registration and transfer record, all in violation of 26 U.S.C. §§ 5861(d), 5841 and 5871.

COUNT VI

At all times material to this Indictment, the Deuces III Casino, was engaged in the operation of a casino in interstate commerce and in an industry which affects interstate commerce.

On or about June 24, 2004, at Sioux Falls, in the District of South Dakota, the defendant, Yuri Chachanko, did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in 18 U.S.C. § 1951, and the movement of articles and commodities in such commerce, by robbery as that term is

defined in 18 U.S.C. § 1951, in that the defendant, Yuri Chachanko, did unlawfully take and obtain personal property consisting of United States currency from the person of and in the presence of Deborah Sigman, an employee of the Deuces III Casino, against her will by means of actual and threatened force, that is brandishing a firearm and demanding money, forcibly taking the money at gunpoint, all in violation of 18 U.S.C. § 1951.

## COUNT VII

On or about June 24, 2004, at Sioux Falls, in the District of South Dakota, the defendant, Yuri Chachanko, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, to wit, a violation of 18 U.S.C. § 1951 as charged in Count VI of this Indictment, knowingly used, carried and brandished a firearm, to wit, a Glock, model 21, .45 caliber pistol, bearing serial number BWP639, all in violation of 18 U.S.C. § 924(c)(1).

## COUNT VIII

On or about from June 24, 2004, through August 1, 2004, in the District of South Dakota, the defendant, Yuri Chachanko, did knowingly possess, in an affecting interstate and foreign commerce, a stolen firearm, to wit, a Glock, model 21, .45 caliber pistol, bearing serial number BWP639, knowing or having reasonable cause to know the firearm was stolen, in violation of 18 U.S.C. § 922(j).

## COUNT IX

On or about from June 24, 2004, through August 1, 2004, in the District of South Dakota, the defendant, Yuri Chachanko, having previously been convicted of a crime punishable by a term of imprisonment of more than one year, did knowingly possess, in

and affecting interstate and foreign commerce, a firearm, to wit, a Glock, model 21, .45 caliber pistol, bearing serial number BWP639, in violation of 18 U.S.C. § 922(g)(1).

## COUNT X

At all times material to this Indictment, the Deuces Casino was engaged in the operation of a casino in interstate commerce and in an industry which affects interstate commerce.

On July 1, 2004, at Sioux Falls, in the District of South Dakota, the defendant, Yuri Chachanko, did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in 18 U.S.C. § 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in 18 U.S.C. § 1951, in that the defendant, Yuri Chachanko, did unlawfully take and obtain personal property consisting of United States currency from the person of and in the presence of Traci McMartin, an employee of the Deuces Casino, against her will by means of actual and threatened force, that is brandishing a firearm and demanding money, forcibly taking the money at gunpoint, all in violation of 18 U.S.C. § 1951.

## COUNT XI

On or about July 1, 2004, at Sioux Falls, in the District of South Dakota, the defendant, Yuri Chachanko, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, to wit, a violation of 18 U.S.C. § 1951, as charged in Count X of this Indictment, knowingly used, carried and brandished a firearm, to wit, a Glock, model 21, .45 caliber pistol, bearing serial number BWP639, all in violation of 18 U.S.C. § 924(c)(1).

## COUNT XII

At all times material to this Indictment, the 212 Casino was engaged in the operation of a casino in interstate commerce and in an industry which affects interstate commerce.

On July 12, 2004, at Watertown, in the District of South Dakota, the defendant, Yuri Chachanko, did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in 18 U.S.C. § 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in 18 U.S.C. § 1951, in that the defendant, Yuri Chachanko, did unlawfully take and obtain personal property consisting of United States currency from the person of and in the presence of Stacey Florey, an employee of the 212 Casino, against her will by means of actual and threatened force, that is brandishing a firearm and demanding money, forcibly taking the money at gunpoint, all in violation of 18 U.S.C. § 1951.

## COUNT XIII

On or about July 12, 2004, at Watertown, in the District of South Dakota, the defendant, Yuri Chachanko, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, to wit, a violation of 18 U.S.C. § 1951 as charged in Count XII of this Indictment, knowingly used, carried and brandished a firearm, to wit, a Glock, model 21, .45 caliber pistol, bearing serial number BWP639, all in violation of 18 U.S.C. § 924(c)(1).

## COUNT XIV

At all times material to this Indictment, the Full House Casino was engaged in the operation of a casino in interstate commerce and in an industry which affects interstate commerce.

On or about July 21, 2004, at Sioux Falls, in the District of South Dakota, the defendant, Yuri Chachanko, did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in 18 U.S.C. § 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in 18 U.S.C. § 1951, in that the defendant, Yuri Chachanko, did unlawfully take and obtain personal property consisting of United States currency from the person of and in the presence of Jodi Beach, an employee of the Full House Casino, against her will by means of actual and threatened force, that is brandishing a firearm and demanding money, forcibly taking the money at gunpoint, all in violation of 18 U.S.C. § 1951.

## COUNT XV

On or about July 21, 2004, at Sioux Falls, in the District of South Dakota, the defendant, Yuri Chachanko, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, to wit, a violation of 18 U.S.C. § 1951 as charged in Count XIV of this Indictment, knowingly used, carried and brandished a firearm, to wit, a Glock, model 21, .45 caliber pistol, bearing serial number BWP639, all in violation of 18 U.S.C. § 924(c)(1).

A TRUE BILL:

*[signature]*
FOREMAN

MARTY J. JACKLEY
UNITED STATES ATTORNEY

By: *[signature: Michelle Tapken for Marty J. Jackley]*