FILED
JUL 1 0 2008
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

------------------------------------------------

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 06-50117 |
| Plaintiff, | STATEMENT OF FACTUAL BASIS |
| vs. | |
| YURI CHACHANKO, | |
| Defendant. | |

------------------------------------------------

The parties to this action agree that the following facts are accurate and establish a factual basis pursuant to Fed. R. Crim. P. 11(b)(3) for the defendant's plea of guilty to the charge as contained in Count II of the Indictment in this action.

The defendant, Yuri Chachanko, is a resident of Sioux Falls, South Dakota.

On June 5, 2004, the defendant entered the LaCrosse Street Casino in Rapid City, South Dakota. The LaCrosse Street Casino is a business that operates in and affects interstate commerce. The defendant was accompanied by an accomplice.

As he entered the casino, the defendants were armed with firearms: A Norinco, model SK5, 7.62 x 39 caliber rifle, serial # 9180972, and a Remington, model 1100, 12-gauge shotgun, serial #P251702V, with a barrel length of 12 inches, which had both been moved and transported in interstate and foreign commerce in that they were manufactured outside the state of South Dakota. Chachanko brandished the firearms and demanded the contents of the till and the safe from the employee of the casino.

The clerk gave Chachanko the money from the till, but was unable to access the safe. Chachanko and the accomplice took approximately $7,000 from the LaCrosse Street Casino, which act obstructed, delayed and affected commerce.

Chachanko has another conviction under 18 U.S.C. §§ 924(c)(1) in that he was convicted in United States District Court for the District of Montana of that offense. That conviction was entered on May 19, 2006, and related to Chachanko's use of a firearm during a casino robbery in Billings, Montana, on July 31, 2004.

MARTY J. JACKLEY
UNITED STATES ATTORNEY

7-10-08
Date

MARK A. VARGO
Assistant United States Attorney

7-9-08
Date

YURI CHACHANKO, Defendant

7/9/08
Date

ROBERT VAN NORMAN
Attorney for defendant